JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| JEHAN ZEB MIR, | ) | No. CV 14-1191-RGK (SH) |
| | ) | |
| Plaintiff, | ) JUDGMENT | |
| v. | ) | |
| CITY OF TORRANCE, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the court dismissing the First Amended Complaint pursuant to Fed. R. Civ. P 12(h)(3) for lack of subject matter jurisdiction,

IT IS ADJUDGED that the action is dismissed.

DATED: May 29, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1