JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHAN ZEB MIR, M.D., | CASE NO. CV 14-1191-RGK (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF TORRANCE, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Plaintiff's Third Amended Complaint With Prejudice,

Judgment is entered in favor of the Defendants and the action is dismissed with prejudice.

DATED: October 17, 2018

*/s/ Gary Klausner*

R. GARY KLAUSNER

UNITED STATES DISTRICT JUDGE